440 A.2d 1252

Commonwealth v. Kennedy, Appellant.

Submitted September 2, 1981. Robert F. Palmquist, for appellant; Edward Tocci, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

The order of the lower court is affirmed.